

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-10-2014

# Rodney Collins v. Secretary Pennsylvania Departm

Precedential or Non-Precedential: Precedential

Docket 12-3472

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation

"Rodney Collins v. Secretary Pennsylvania Departm" (2014). *2014 Decisions.* Paper 158.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/158

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-3472
_____

RODNEY COLLINS,
                                        Appellant

v.

SECRETARY OF THE PENNSYLVANIA DEPARTMENT
OF CORRECTIONS; MICHAEL WENEROWICZ;
DISTRICT ATTORNEY OF THE COUNTY OF
PHILADELPHIA; ATTORNEY GENERAL OF THE
STATE OF PENNSYLVANIA
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 10-cv-5950)
District Judge:  Hon. Anita B. Brody
_____

Argued
October 17, 2013

Before:   RENDELL, JORDAN and LIPEZ*, *Circuit Judges.*

(Filed: February 10, 2014 )
_____

Kimberly M. Dolan   [ARGUED]
Regional Housing Legal Services
2 S. Easton Road
Glenside, PA  19038
        *Counsel for Appellant*

Molly S. Lorber   [ARGUED]
Philadelphia County Office of District  Attorney
3 South Penn Square
Philadelphia, PA   19107
        *Counsel for Appellees*
_____

ORDER AMENDING OPINION
_____

        IT IS ORDERED that the above captioned opinion, filed January 31, 2014, be amended as follows:

_____

        * Honorable Kermit V. Lipez, United States Court of Appeals Senior Judge for the First Circuit, sitting by designation.

2

The middle of Page 30, the line beginning "ineffectiveness assistance", "ineffectiveness" shall be changed to "ineffective".

                               s/   Kent A. Jordan
                               Circuit Judge

DATED: February 10, 2014